CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  *caldwell@caldwell-leslie.com*
MICHAEL D. ROTH, State Bar No. 217464
  *roth@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

JS 6

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
JAMES D. WEINBERGER
  *jweinberger@frosszelnick.com*
JASON JONES
  *jjones@frosszelnick.com*
866 United Nations Plaza
New York, New York  10017
Tel.: (212) 813-5900
Fax: (212) 813-5901

Attorneys for Plaintiffs The Gap, Inc. and Gap (Apparel) LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE GAP, INC. and GAP (APPAREL) LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN TIGER USA, LLC, RORY COPPOCK d/b/a TWIN TIGER USA, OVERSEAS TRADING GROUP and JOHN DOES 1-10, persons or entities whose present identities are unknown,<br><br>Defendant. | Case No. CV 099439 DSF (PLAx)<br><br>**JUDGMENT AGAINST DEFENDANT OVERSEAS TRADING GROUP** |

{F0623051.1 }

PROPOSED JUDGMENT

Upon entry of the Order Granting Plaintiffs' Application for Default Judgment in favor of Plaintiffs The Gap, Inc. and Gap (Apparel) LLC, and against Defendant Overseas Trading Group, it is hereby ADJUDGED that:

1. Defendant Overseas Trading Group and all persons or entities in active concert or participation with it who receive actual or constructive notice of this Judgment by personal service or otherwise, are permanently enjoined from doing any of the following:

    (a) infringing or contributing to or participating in the infringement by others of any of the GAP trademarks (trademarks owned by Plaintiffs for marks containing and/or relating to "GAP" and/or "1969," including, but not limited to U.S. Patent and Trademark Office Registration Nos. 1,129,294; 2,638,121; 2,431,833; and 2,449,575) (collectively, the "GAP Marks"), or acting in concert with, aiding and abetting others to infringe any of said GAP Marks in any way; and/or

    (b) advertising, offering to sell or selling unauthorized versions of garments or other items manufactured on behalf of Plaintiffs and/or bearing any of the GAP Marks.

DATED: 6/25/10

*Dale S. Fischer*

UNITED STATES DISTRICT JUDGE

PRESENTED BY:

By: _____
JAMES D. WEINBERGER
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Attorneys for Plaintiffs THE GAP, INC. and GAP (APPAREL) LLC

{F0623051.1}

-1-

PROPOSED JUDGMENT

1

2 **PROOF OF SERVICE**

3      I am employed in the County of New York, State of New York.  I am over the age of eighteen and not a party to the within entitled action.  My business address is Fross Zelnick Lehrman & Zissu, P.C., 866 United Nations Plaza, 6th Floor, New York, NY 10017.

     On May 10, 2010, I served the within document(s) described below as:

**[PROPOSED] JUDGMENT AGAINST DEFENDANT OVERSEAS TRADING GROUP**

**(X) BY MAIL:** By placing a true copy thereof in sealed envelopes and causing them to be deposited in the mail at New York, New York.  The envelopes were mailed with postage thereon fully prepaid.  I am readily familiar with our firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

     Michael Smith, Overseas Trading Group, 4575 Highway 1. Vero Beach, Florida 32967

**(  ) BY FAX:** By transmitting a true copy thereof via facsimile machine to the offices or the parties listed on the attached Service List.  I caused the copy to be transmitted from the facsimile number of Fross Zelnick Lehrman & Zissu, P.C., (212) 813-5901.  The transmission was reported as complete and without error.  A copy of the transmission report is attached to this Proof of Service.

**(X) BY OVERNIGHT MAIL (VIA U.S. EXPRESS MAIL):** I caused such envelope to be deposited at a station designated for collection and processing of enveloped and packages for overnight delivery service by **U.S. EXPRESS MAIL**.  I am "readily familiar" with the firm's practice of collection and processing of documents and other papers to be sent by overnight delivery service by **U.S. EXPRESS MAIL**.  Pursuant to that business practice, envelopes in the ordinary course of business are that same day deposited in a box or other facility regularly maintained by such overnight service carrier or delivered to an authorized courier or driver authorized by such overnight service carrier to receive documents in an envelope or package with delivery fees paid or provided for.

     Mark Skipper, P.A., 15 Southwest 10th Street, Fort Lauderdale, FL 33315

**(X)  FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am admitted *pro hac vice* in the Court at whose direction this service was made, and that I executed this document on May 10, 2010 at New York, NY.

_____

1
2
                             JAMES D. WEINBERGER
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28